```
 1  PAUL Q. GOYETTE, SB 137250
    TAWNI O. PARR, SB 209626
 2  GOYETTE & ASSOCIATES, INC.
    11344 COLOMA ROAD #145
 3  GOLD RIVER, CA 95670
    Tel: 916-851-1900
 4  Fax: 916-851-1995

 5  Attorneys for CHRISTINA RINCON
    and GARY DOMINGO
 6

 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| MARY COOPER, individually and as guardian ad litem for her minor daughter ALEXANDRIA C., | CASE NO. 04-04095 MHP |
| Plaintiffs, | **STIPULATED REQUEST FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION** |
| v. | (Civil L.R. 6-2) |
| COUNTY OF NAPA; NAPA COUNTY SHERIFF'S DEPARTMENT; CITY OF NAPA POLICE; CITY OF NAPA OFFICERS GARY DOMINGO, CHRISTINA RINCON; NAPA SHERIFF'S DEPUTY MOSLEY; and DOES 1-50, INCLUSIVE, | |
| Defendants. / | |
| AND RELATED COUNTERCLAIM. / | |

The parties hereby stipulate and request a continuance for the completion of Early Neutral Evaluation ("ENE") from June 13, 2005 to a later date as the court deems appropriate. The parties have met and conferred with each other and the designated evaluator in an attempt to schedule the ENE. However, due to scheduling conflicts such as a lengthy trial in which Plaintiff's counsel has been engaged and conflicts with the designated evaluator's schedule, the parties have been unable to schedule a date for the ENE prior to June 13, 2005. The parties anticipate completing ENE with the designated evaluator on or before July 30, 2005.

Stipulated Request for Order Changing Time                1

|   |   |
|---|---|
| 1 | In light of the foregoing, the parties respectfully request the Court find good cause exists |
| 2 | to continue the ENE and fix another deadline for its completion. |

Dated: June 9, 2005          /s/Matthew C. Bishop
                             Matthew C. Bishop
                                  Attorney for Plaintiff

Dated: June 8, 2005          LEPPER & HARRINGTON

                             By:  /s/Wakako Uritani
                                  Wakako Uritani
                                  Attorney for Defendant
                                  County of Napa
                                  Napa County Sheriff's Department
                                  Deputy Aaron Mosley

Dated: June 8, 2005          /s/ David Jones
                             David Jones
                                  Attorney for Defendant
                                  City of Napa

Dated: June 8, 2005          GOYETTE & ASSOCIATES, INC.

                             By: /s/ Paul Q. Goyette
                                  Paul Q. Goyette
                                  Attorney for Defendants
                                  Gary Domingo and Christina Rincon

*[Handwritten: ENE to be completed on or before 7/30/05.  6/22/05]*

IT IS SO ORDERED

[signature]
U.S. DISTRICT JUDGE

Stipulated Request for Order Changing Time          2