1 | THOMAS B. BROWN, CITY ATTORNEY, (SBN 104254)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
2 | CITY OF NAPA
P.O. BOX 660
3 | NAPA, CA 94559
Telephone: (707) 257-9516
4 | Facsimile: (707) 257-9274

5 | Attorneys for Defendants CITY OF NAPA and CITY OF
NAPA POLICE DEPARTMENT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY COOPER, individually and as guardian ad litem for her minor daughter ALEXANDRIA C., | Case No. C04-04095 MHP |
| Plaintiffs, | STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER OF DISMISSAL |
| vs. | |
| COUNTY OF NAPA; NAPA COUNTY SHERIFF'S DEPARTMENT; CITY OF NAPA POLICE; CITY OF NAPA; OFFICER GARY DOMINGO; CHRISTINA RINCON; NAPA SHERIFF'S DEPUTY MOSLEY; and DOES 1-50, INCLUSIVE, | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiffs Mary Cooper, individually and as guardian ad litem for her minor daughter Alexandria C. and Defendants City of Napa and City of Napa Police Department that this action may be dismissed with prejudice as to Defendant City of Napa, and City of Napa Police Department, only. The parties are to bear their own costs and attorney's fees.

July 15, 2005            By:     /s/
                                 MATTHEW BISHOP
                                 Attorney for Plaintiffs

                                 CITY OF NAPA

July 13, 2005            By:     /s/
                                 DAVID C. JONES, Deputy City Attorney
                                 Attorneys for Defendant CITY OF NAPA

Stipulation for Dismissal with Prejudice; Order of Dismissal

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Defendant City of Napa, and City of Napa Police Department, only. The parties are to bear their own costs and attorney's fees.

Dated: 7/25, 2005

MARILYN H. PATEL
United States District Court Judge