**FILED**

SEP 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  GARY M. LEPPER, #45498
   WAKAKO T. URITANI, #223619
2  LEPPER & HARRINGTON
   1600 S. Main Street, Suite 305
3  Walnut Creek, CA 94596
   (925) 256-6180
4  (925) 943-6190 (fax)

5  Attorneys for defendants
   County of Napa, Napa County Sheriff's Department
6  and Deputy Aaron Mosley

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9
   MARY COOPER, individually and as guardian )   Case No. C 04-4095 MHP
10 ad litem for her minor daughter ALEXANDRIA )
   C.,                                        )   **STIPULATION FOR DISMISSAL WITH**
11                                            )   **PREJUDICE; ORDER OF DISMISSAL**
          Plaintiffs,                         )
12                                            )
       vs.                                    )
13                                            )
   COUNTY OF NAPA; NAPA COUNTY               )
14 SHERIFF'S DEPARTMENT; CITY OF NAPA        )
   POLICE; CITY OF NAPA; OFFICER GARY        )
15 DOMINGO; CHRISTINA RINCON; NAPA           )
   SHERIFF'S DEPUTY MOSLEY; and DOES 1-      )
16 50, INCLUSIVE,                            )
                                             )
17        Defendants.                         )

18

19      IT IS HEREBY STIPULATED between plaintiffs Mary Cooper, individually and as

20 guardian ad litem for her minor daughter, "Alexandria C," and defendants County of Napa, Napa

21 County Sheriff's Department and, Sheriff's Deputy Aaron Mosley (named as "Napa Sheriff's

22 Deputy Mosley") that this lawsuit may be dismissed, with prejudice, as to said defendants only,

23 with both plaintiffs and defendants to bear their own costs and attorneys' fees.

24 DATED:  13 Sept 05               LAW OFFICES OF MATTHEW C. BISHOP

25

26                                  _____
                                    MATTHEW C. BISHOP
27                                  Attorney for Plaintiffs

   Stipulation for Dismissal              1              Case No. C 04-4095 MHP

1  DATED: 13 Sept 05          LEPPER & HARRINGTON

2

3

4                              GARY M. LEPPER
                               Attorney for Defendants
5

6                          ORDER OF DISMISSAL

7        IT IS HEREBY ORDERED that this lawsuit is dismissed, with prejudice, as to

8  defendants County of Napa, Napa County Sheriff's Department and Sheriff's Deputy Aaron

9  Mosley, only, with the plaintiffs and the defendants to bear their own costs and attorneys' fees.

10

11  DATED:

12      9/20/05              MARILYN H. PATEL
                             UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulation for Dismissal                    2                    Case No. C 04-4095 MHP