1  MATTHEW C. BISHOP   SBN 134936
   LAW OFFICES OF MATTHEW C. BISHOP, INC.
2  1475 4TH STREET
   NAPA, CALIFORNIA 94559
3  (707) 258-8090

4  Attorney for Plaintiffs,
   Mary Cooper, individually and as guardian
5  ad litem for her minor child, Alexandria C.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MARY COOPER, individually and as guardian ad litem for her minor daughter ALEXANDRIA C., | : | Case No.: C 04-4095 MHP |
|---|---|---|
| Plaintiffs, | : | FINDINGS AND ORDER AFTER HEARING |
| vs. | : | |
| GARY DOMINGO, CHRISTINA RINCON; and DOES 1-50, INCLUSIVE, | : | |
| Defendant(s). | : | |

This matter having come for hearing on Plaintiff's Motion to Remand. The Federal claim is dismissed with prejudice as to federal court and without prejudice as to state claims. The action is hereby remanded back to state court. (A copy of the civil pretrial minutes is attached as Exhibit A)

//

//

-1-
ORDER TO REMAND TO STATE COURT

**IT IS SO ORDERED.**

Dated: July 14, 2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Approved as to form:

Dated: July 12, 2006

**TAWNI O. PARR**
Attorney for Defendant Gary Domingo
and Defendant and Cross-Claimant
Christine Rincon

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: June 26, 2006

Case No.  C 04-4095 MHP            Judge: MARILYN H. PATEL

Title: MARY COOPER -v- COUNTY OF NAPA et al

Attorneys:  Plf: Matthew Bishop
            Dft: Tawni Parr

Deputy Clerk: Anthony Bowser   Court Reporter: Katherine Powell

## PROCEEDINGS

1) Plaintiff's Motion to Remand

2) 

3) 

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Federal claim is dismissed with prejudice as to federal court and without prejudice as to state claims; Action is REMANDED back to state court; Counsel to submit order.

Case: Cooper v. County of Napa 04-04095 MHP

## CERTIFICATE OF MAILING

I am employed in the County of Napa, California. I am over the age of 18 years and not a party to the within action. My business address is 1475 4th Street, Napa, California 94559.

I am familiar with the practice of this office whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. The mail is thereafter deposited in a United States mailbox at the close of each business day.

On the date below indicated, I served the attached document, entitled:

**FINDINGS AND ORDER AFTER HEARING**

on the parties addressed as follows:

Tawni O. Parr
Goyette & Associates, Inc.
11344 Coloma Rd., Ste 145
Gold River, CA 95670
Telephone: 916-851-1900
Facsimile: 916-851-1995
**Attorney for Defendants**

Service of this document was effected by placing said document in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office practice. Said outgoing mail is then placed in a United States post office box before the close of business day.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct. Executed this 12th day of June, 2006 at Napa, California

_Kathy Coultrup_
Kathy Coultrup